RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 15 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Iyanna T Mcmullen
(Print your full name)

Plaintiff *pro se*,

v.

Paul Messer
Margarito Esteban

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:24-CV-4649

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____     Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____     Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

✓     Other (describe) _Discriminatory Scheduling, Abuse of Power, Reputation Slander, False Claims, unfairly disciplined for cellphone use, False unemployment claims_

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. **Plaintiff.** Print your full name and mailing address below:

   Name: Iyanna Tyjae Mcmullen

   Address: 54 Herbert Hayes Drive
   Lawrenceville GA 30046

4. **Defendant(s).** Print below the name and address of each defendant listed on page 1 of this form:

   Name: Paul Messer

   Address: 149 South Clayton Street
   Lawrenceville 30046

   Name: Margarito Esteban

   Address: 149 South Clayton Street
   Lawrenceville 30046

   Name: Messer Ventures LLC

   Address: 149 S. Clayton Street
   Lawrenceville GA 30046

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   _____
   _____

6. When did the alleged discrimination occur? (State date or time period)

December 2nd 2023

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: September 18th 2024

9. If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

EEOC Form 5A (August 2023)   Received/EEOC/ATDO/2024-5-20

For Official Use Only – Charge Number: 410-2024-03324

| | |
|---|---|
| **Personal Information** | First Name: Iyanna  MI: Tyjae  Last Name: McMullen<br>Address: 54 Herbert Hayes Drive  Apt.: <br>City: Lawrenceville  County: United States  State: Ga  Zip Code: 30046<br>Phone: 470-451-8609  Home ☐ Work ☐ Cell ☑  Email: Lorxxsamurai@gmail.com |
| **Who do you think discriminated against you?** | Employer ☑   Union ☐   Employment Agency ☑   Other Organization ☐<br>Organization Name: McDonald's<br>Address: 149 South Clayton Street  Suite: <br>City: Lawrenceville  State: Ga  Zip Code: 30046  Phone: 770-867-3090 |
| **Why you think you were discriminated against?** | Race ☑   Color ☑   Religion ☐   Sex ☐   National Origin ☑   Age ☐   Pregnancy ☐<br>Disability ☐   Genetic Information ☐   Retaliation ☑   Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: 5/20/24<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br>Dec 20th the store supervisor Teressa came and told me to file my new availability if I wanted to recieve more hours which I did. She said in order to get more hours I basically have to work weekends and have "flexibility availability." Which is untrue there were hispanic workers that where able work early mornings late evenings and get 8 plus hours. Minors of other races got more hours than me in one day than i'd get in a week's time. Soon as I wanted to put that as my availability it was a problem. My starter check was more than full two week's check. Due to the severe amount of descrimination and unfair treatment I recieved and continued to recieve up until I was unlawfully discharged for my position without an explanation on February 22nd 2024. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br>Signature: *Iyanna M<sup>c</sup>Mullen*  Date: 05/2024 |

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   ✓ Yes        ___ No        ___ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   All evidence was not presented at time of charge. The charge was dropped due to lack of communication with investigator.

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   ___ Yes        ___ No        ✓ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    _____ failure to promote me
    _____ demotion
    ✓ reduction in my wages
    ✓ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ✓ termination of my employment
    _____ failure to accommodate my disability
    _____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    _____ my race or color, which is _____
    _____ my religion, which is _____
    _____ my sex (gender), which is _____ male _____ female
    ✓ my national origin, which is African American
    _____ my age (my date of birth is _____)
    _____ my disability or perceived disability, which is:

    ✓ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ✓ other (please specify) violating labor laws

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

December 20th on this day the store supervisor Teressa came and told me to file my new availability, if I wanted to recieve more hours which I did. She said in order to get more hours I basically have to work weekends and have "flexibility availability." Which is untrue, there where Hispanic workers that were able to work early mornings and late nights & get eight hours plus. Minors of other races got more hours than me in one day than I'd get in one week's time. Soon as I wanted to put the early mornings shift as my availability it was an issue. My starter check was more than my first full two weeks check. Due to severe amount of discrimination & unfair treatment I recieved & continued to recieve up until I was unlawfully discharged from my position without explanation on Feb 22nd 2024.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff  ____ still works for defendant(s)
              ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  ____ Yes  ✓ No

    If you checked "Yes," please explain: _____

    _____
    _____
    _____
    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  ____ Yes  ✓ No

### Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____ Defendant(s) be directed to _____

✓ Money damages (list amounts) 1.5 million

✓ Costs and fees involved in litigating this case

____ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this 15th day of October, 2024

_Iyanna McMullen_
(Signature of plaintiff *pro se*)

Iyanna McMullen
(Printed name of plaintiff *pro se*)

54 Herbert Hayes Drive
(street address)

Lawrenceville 30046
(City, State, and zip code)

Lorxxsamurai@gmail.com
(email address)

470-451-8609
(telephone number)