## UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia
### Atlanta Division



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NUV 13 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Iyanna T. McMullen
Plaintiff,

v.

Case Number: 1:24-CV-04649-MHC-CMS

Messer ventures, LLC
Defendant.

## Amended Complaint

**United States District Court**
**Northern District of Georgia**
**Atlanta Division**

1.

Iyanna T. McMullen

Case NO: 1:24-cv-04649-
MHC-CMS

**Case No.:** 1:24-cv-04649-MHC-CMS

2.

**Iyanna T. McMullen,**
Plaintiff,

v.

**Messer Ventures, LLC,**
Defendant.

3.

**AMENDED SUPPLEMENTAL CLAIM**

**Pursuant to:**

- Federal Rule of Civil Procedure 8 (a)(2): This amended Supplemental Claim includes a "short and plain statement" of each claim, showing Plaintiff's entitlement to relief.

- Federal Rule of Civil Procedure 10 (b):  Claims are presented in separately numbered paragraphs for clarity and conciseness.

- Local Rule 5.1:. Formatting includes double - spacing , 14 point type, and one inch margins on all sides.

4.

## 1. Preliminary Statement

Plaintiff, Iyanna T. McMullen, by and through this pro Se filing,
respectfully submits this Amended Supplemental Claim against
Defendant, Messer Ventures, LLC.  This filing presents new facts and
circumstances that have arisen since the original complaint
supporting Plaintiff's entitlement or relief based on additional claims of
workplace discrimination, retaliation, and intentional infliction of
emotional distress.

5.

### 2. Statement of Facts

### 1. Harassment by Supervisors:

Plaintiff experienced repeated derogatory comments and personal attacks by Supervisors, specifically from Ms. Margarito Esteban. Plaintiff's complaints to the owner, Mr. Paul Messer, were ignored, allowing a hostile work environment to persist.

### 2. Reputation Slander:

Supervisors made defamatory statements about Plaintiff, alleging egregious conduct that was false and damaging to Plaintiff's character. These statements contributed to Plaintiff's reputational impacts that affected Plaintiff's ability to secure unemployment benefits.

### 3. Unfair Disciplinary Action:

Plaintiff was disciplined for cell phone use while other employees, particularly those of Hispanic origin, used their phones without consequence. Plaintiff provided evidence, including photographs, to support claims of disparate treatment.

### 4. Discriminatory Scheduling:

Plaintiff alleges that Defendant disproportionately scheduled Hispanic employees for more hours than Plaintiff, impacting Plaintiff's earning potential and overall treatment at work.

### 5. False Unemployment Claim:

Plaintiff alleges that Messer Ventures, LLC, submitted incorrect employment information that led to Plaintiff's denial of unemployment benefits, further causing financial and emotional distress.

6.

3. **Claims for Relief**

Plaintiff seeks relief under the following claims:

1. **Hostile Work Environment and Harassment**
   Defendant's failure to Investigate Plaintiff's complaints constitutes a hostile work environment in violation of federal anti discrimination laws.

2. **Defamation**
   Defendant's defamatory statements to third parties have caused Plaintiff reputation damage and financial loss.

3. **Disparate Treatment in Disciplinary Actions and Scheduling**

   Defendant's unequal enforcement of disciplinary policies and scheduling practices amount to race - based discrimination.

4. Intentional Infliction of **Emotional Distress**

   Defendant's actions including slander, harassment, and retaliation,were conducted with intent to harm Plaintiff emotionally and financially.

   7.

4. **Relief Sought**

1. **Compensatory Damages** for emotional distress, mental anguish, and career setbacks.

2. **Punitive Damages** to deter Defendant from future discriminatory practices.

3. **Back Pay and Benefits** to compensate for lost wages and denial unemployment.

4. **Additional Relief** as deemed just and proper by the Court.

8.

Respectfully submitted this 13th day of November, 2024.

**Signature**

Iyanna T. McMullen
Pro Se  Plaintiff
54 Herbert Hayes Drive
Lawrenceville, GA. 30096
Phone:  (470) 451-8609
Email: LOrxxsamurai@gmail.com

**IN THE UNITED STATES
DISTRICT COURT
FOR THE NORTHERN
DISTRICT OF GEORGIA
ATLANTA DIVISION**

**Iyanna T. McMullen,**
Plaintiff,

v.

**Messer Ventures, LLC,**
Defendant.

**Case No.:
1:24-cv-04649-MHC-CMS**

1.

Iyanna T. McMullen

Case NO:
1:24-cv-04649-MHC-CMS

**SUPPLEMENTAL BRIEF**

**TO:**  The Honorable Judge Catherine M. Salinas
United States District Judge
Northern District of Georgia,
Atlanta Division

**COME NOW,** Plaintiff, Iyanna T. McMullen, and submits this Supplemental
Brief in support of Plaintiff's original Complaint.  This brief presents
additional facts, legal arguments, and analysis that have arisen subsequent
to the initial filing.

2.

## 1. INDUCTION

The Supplemental Brief is submitted to address new facts and recent legal developments relevant to Plaintiff's claims include allegations of workplace harassment, slander, discriminatory scheduling,
unfair disciplinary actions and false representations affecting Plaintiff's employment benefits.  These supplemental issues expand upon the original claims by detailing Defendant's actions that have contributed to a hostile work environment and retaliatory practices in violation of applicable federal and state laws.

3.

## I I. **LEGAL AUTHORITIES**

This brief incorporates additional legal authorities in support of Plaintiff's claims under Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination based on race, color, religion, sex, and national origin.

1. **Title VII, Civil Rights Act of 1964, 42 U.S.C. £ 2000 e- 2 (a):** Prohibits discriminatory practices in employment on the basis of race, color, religion, sex, or national origin.

2. **Meritor Savings Bank, FSB v. Vinson, 477 U.S. 57 (1986):** Establishes that employers may be held liable for a hostile work environment created by supervisors or other employees if they fail to take appropriate action to prevent harassment.

3. **Burlington Industries, Inc. v. Ellerth, 524 U.S. 742 (1998) :** Hold that an employer may be liable for an employee's discriminatory or harassing actions unless it can prove both that it exercised reasonable care to prevent harassment and that the plaintiff unreasonably failed to take advantage of the preventive or corrective opportunities provided by the employer.

4.

## III. STATEMENTS OF FACTS

Plaintiff has experienced a continuous hostile work environment, characterized by instances of harassment, defamation, Specific new facts include:

1. **Harassment by Supervisor:.** Plaintiff was subject to repeated derogatory comments and public humiliation by supervisors, which were unaddressed by Defendant's management despite multiple complaints.

2. **Defamatory Statements:**
   Supervisors made malicious and false statements to law enforcement, affecting plaintiff's reputation and standing among colleagues and the community.

3. **Discriminatory Actions in Scheduling and Discipline:**
   Evidence shows that employees of Hispanic origin were given preferential treatment in scheduling, resulting in Plaintiff receiving few work hours and unfair disciplinary actions based on racially motivated criteria.

   5.

## IV. ARGUMENT AND ANALYSIS

### 1. Hostile Work Environment
Defendant's failure to address Plaintiff's complaints constitutes a violation of Title VII. According to Meritor Savings Bank v. Vinson, the employer is responsible for ensuring a workplace free from hostility and discrimination. The prolonged and unchecked harassment endured by Plaintiff demonstrates Defendant's lack of adherence to this standard.

### 2. Discriminatory Treatment
Title VII prohibits disparate treatment based on race, sex, or national origin.
Evidence submitted by Plaintiff demonstrates that Defendant implemented disciplinary and scheduling practices favoring one racial group over another. This practices, documented through work schedules and witness testimony, supports Plaintiff's allegations of discriminatory treatment.

### 3. Defamation Impacting Employment Benefits
Defendant's supervisors allegedly made false and damaging statements to third parties, impacting Plaintiff's eligibility for unemployment benefits. These statements have not only harmed Plaintiff's reputation but also represent retaliatory actions that violate federal anti - discrimination law, specifically designed to protect employees from retaliation for reporting discrimination.

6.

## V.  RELIEF REQUESTED

Plaintiff respectfully requests the Court to consider this Supplemental Brief and grant the following:

1. **Compensatory Damages:** for the emotional distress, reputational harm, and financial losses suffered due to Defendant's defamatory actions.

2. **Punitive Damages:**  To deter Defendant from engaging in discrimination, and retaliatory practices in the future.

3. **Injunctive Relief:**  An order requiring Defendant to implement corrective policies, anti - harassment training, and monitoring procedures to prevent similar instances of discrimination.

4. **Costs:**  As allowable under federal law, Plaintiff seeks reimbursement for costs incurred in bringing this action.

7.

## √(✷. CONCLUSION

Plaintiff respectfully requests that the Court consider the new facts and legal arguments presented in this Supplemental Brief and allow the claims to proceed in accordance with the Federal Rules of Civil Procedure.

8.

**Respectfully submitted,**

**Iyanna T. McMullen**
54 Herbert Hayes Drive
Lawrenceville, GA. 30096
Phone: (470) 451-8609
Email: LOrxxsamurai@gmail.com
Pro Se. Plaintiff

**Dated: November 13, 2024**

9.

**Exhibits A**

Iyanna T. McMullen

Case No:
1:24-cv-04649-MHC-CMS



(Text Message Evidence of exhibits: A)



**Exhibit: A**

**Case # 1:24-cv-04649-MHc-CMS**

| | 04:00 | 05:00 | 06:00 | 07:00 | 08:00 | 09:00 | 10:00 | 11:00 | 12:00 | 13:00 | 14:00 | 15:00 | 16:00 | 17:00 | 18:00 | 19:00 | 20:00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #CURBSIDE | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 1 | 2 | 3 | 2 | 1 | 1 | 1 | 2 | 1 | 0 |
| #DELIVERY | 0 | 0 | 2 | 1 | 1 | 6 | 6 | 4 | 2 | 1 | 6 | 5 | 2 | 6 | 6 | 6 | 6 |
| #DTHRU | 0 | 7 | 46 | 71 | 71 | 65 | 55 | 51 | 64 | 65 | 52 | 48 | 43 | 44 | 41 | 41 | 34 |
| #SANWCH | 0 | 16 | 85 | 119 | 128 | 167 | 123 | 123 | 141 | 132 | 120 | 136 | 109 | 121 | 117 | 103 | 92 |
| #FRY/HB | 0 | 9 | 38 | 51 | 77 | 81 | 71 | 71 | 83 | 80 | 75 | 83 | 70 | 73 | 72 | 66 | 56 |
| #MCCAFE | 0 | 4 | 15 | 24 | 26 | 27 | 22 | 8 | 12 | 11 | 13 | 14 | 13 | 10 | 9 | 9 | 9 |
| | | | | | | | | | | | | | | | | | |
| $SALES | 0 | 72 | 378 | 545 | 625 | 780 | 632 | 629 | 715 | 686 | 642 | 636 | 579 | 630 | 601 | 580 | 504 |
| TOTAL VLH NEEDS | 0000 | 0033 | 5567 | 6688 | 8887 11 | 7008 | 8796 | 8999 | 0190 11 111 | 0198 | 9086 1 | 8908 1 | 8786 | 8999 | 8699 | 6666 | 6553 4 |
| HRS +/- | 0011 | 1111 | 0012 -- | 2211 -- | 2255 | 5246 | 4514 | 5444 | 3243 | 1012 | 0102 ---- | 1231 - | 1213 | 1000 ---- | 5311 - | 2233 | 2335 4 |

| Hour Start: | 04:00 | 05:00 | 06:00 | 07:00 | 08:00 | 09:00 | 10:00 | 11:00 | 12:00 | 13:00 | 14:00 | 15:00 | 16:00 | 17:00 | 18:00 | 19:00 | 20:00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DORRIEN C (#046) | | | | | WWWWWWWWW // | WWWWWWWWWWWW | WWWWWWWW | | | | | | | | | | |
| Desmond B (#020) | | | | | LLLLLLLL // LL LLLL (DEL) | | | | | | | | | | | | |
| Nia M (#007) | | | | | DDDDDDDDDD // | DDDDDDDDDDDD | DDDDDDDD | | | | | | | | | | |
| SANDY M (#067) | | | | | GGGGGGGGGG BBBBBBBBB | GGGGGGGGGG BBBBBBBBB | GG BB | | | | | | | | | | |
| ~~Iyanna~~ (#034) | | | | | ←WWWWWWWWW | WW // WWWWWWWWW | ←WWWWWWWW **Fired** | | | | | | | | | | |
| Amory (#034) | | | | | | | | | | | GGGGGGGG | GGGG // GG | GGGGGGG | | | | |
| CHRIS A (#084) | | | | | | | | | | | GGGGGGGG | GGGGGGGG | GGGGGGGG | | | | |
| khali H (#043) | | | | | | | | | | | DJDDDDDD | DDDD // DD | DDDDDDDD | | | | |
| AMINA M (#069) | | | | | | | | | | | GGGGGGGG // | GGGGGGG | | | | | |
| Cloe | | | | | | | | | | | I | DDDD // DD | DDDDDDD | | | | |
| JAINARD H (#026) | | | | | | | | | | | DDDDDDDD // | DDDDDDDD | | | | | |
| Kenson D (#031) | | | | | | | | | | | GGGGGGGG // | GGGGGG | | | | | |
| MICAYLA B (#021) | | | | | | | | | | | WWWWWWWW // | WWWWWW | | | | | |
| adija S (#010) | | | | | | | | | | | | LLLLLLLL // | LLLLL | | | | |
| selvin | | | | | | | | | | | | | | | | | |

*(handwritten notes, right margin)*

December 4, 23

(Iyanna name was scratched off and manager said put fired on this day.)

harrasment by supervisor

Exhibit A

case #
1:24-cv-04649-MHC-CMS (harrasment)



STORE# 2054 POS# 1
LAWRENCEVILLE, GA - CLAYTON ST
BUSINESS DATE: 02/22/2024

MANAGER: 113

MGR. SIGN _____ ASST/CREW-SIGN

SUP-SIGN _____

Cashier Login

Manager          ... ..          113
Cashier          ... ..   Iyanna mcmullen
Operator Id      ... ..          34
Initial Float    ... ..        100.00

Printed on 02/22/2024 08:12:29

The register
was $97.80
and my mom
came to give me
the 20 cents to make

( management didn't make sure
the register was all DD but they
put it in the system as of 10:00
put it in the system and insisted It wasn't to work on
the register on

**Exhibits C**

Iyanna T. McMullen

Case No:
1:24-cv-04649-MHC-CMS

1:24- CV-04649- MHC- CMS



( phone in hand in
Kitchen area )
minor



( phone )



Case #
1:24 - cv-04649-MHC- CMS

Exhibit C



Case #

1:24 - CV -04649 MHC - CMS



( phone )

Case #

1:24-cv-4649-MHC-CMS

Exhibit C



( phone )

( Employee
workers standing around talking )
not working



list-cv-04649-MHC-CMS
Case #

Exhibit: C

Case #
1:24-CV-4649- MHC-CMS    Exhibit. C



( phone in work area )



Exhibit: C    (Phone in work area)

**Exhibits C & D**

Iyanna T. McMullen

Case NO:

1: 24-cv-04649-

MHC- CMS



1:24-cv-04649-MHC-CMS

Exhibit: C & D

Employee on cell phones

Exhibit D (against work policy)

1:24 - CV-04649 - MHC- CMS

as seen in first photo sitting in floor while on the clock using cell phone



Exhibit: C

**Exhibits. B**

Iyanna T. McMullen

Case NO:

1: 24-cv-04649-MHC-CMS

**Exhibits**

Case No: 1:24-cv-04649-MHC-CMS

Iyanna T. McMullen



Case #

1:24-CV-04649-MHC-CMS

STORE# 2054 POS# 2
LAWRENCEVILLLE, GA - CLAYTON ST
BUSINESS DATE: 12/13/2023
MANAGER: 113
SUP-SIGN    MGR.SIGN    ASST/CREW-SIGN

==========================================

Cashier Login

==========================================

Manager        :              113
Cashier        :    iyanna mcmullen
Operator Id    :               34
Initial Float  :           100.00

==========================================

Printed on 12/13/2023 09:06:55



1:24-cv-04649-MHC-CMS

STORE# 2054 POS# 2
LAWRENCEVILLLE, GA - CLAYTON ST
BUSINESS DATE: 12/13/2023
MANAGER: 14
SUP-SIGN    MGR.SIGN    ASST/CREW-SIGN
------------------------------------
Cashier Login
------------------------------------
  ager        :              14
  hier        :    iyania mcmullen
Operator Id   :              34
Initial Float :          100.00
------------------------------------
.. Printed on 12/13 2023 09:37:01

1:24-cv-04649-MHC-CMS

===============================

STORE# 2054 POS# 1
LAWRENCEVILLLE, GA - CLAYTON ST

BUSINESS DATE: 12/20/2023

MANAGER: 14

SUP-SIGN    MGR.SIGN    ASST/CREW-SIGN

=================================

Cashier Login

=================================

| | | |
|---|---|---|
| Manager | : | 14 |
| Cashier | : | iyanna mcmullen |
| Operator Id | : | 34 |
| Initial Float | : | 100.00 |

Printed on 12/20/2023 15:17.11

Exhibit C

1:24-CV-04649-MHC-CMS.

```
               STORE# 2054 POS# 1
      LAWRENCEVILLE, GA - CLAYTON ST
         BUSINESS DATE: 02/15/2024
               MANAGER  113
SUP-SIGN    MGR.SIGN   ASSI.GRD SIGN
_____
               Cashier Form
_____
Manager        :              113
Cashier        :    Iyonna momu len
Operator Id    :               34
Initial Final  :           100.00

         Run on 02/15/2024 08:14:19
```

Case #
1:24-cv-04649-MHC-CMS



```
                STORE# 2054 POS# 1
        LAWRENCEVILLLE, GA - CLAYTON ST
              BUSINESS DATE: 02/22/2024
                   MANAGER: 113
SUP-SIGN       MGR.SIGN    ASST/C
================================================
                  Cashier Login
================================================
Manager                :
Cashier                :               113
Operator Id            :    iyauna mcmullen
Initial Float          :                34
                                    100.00
================================================
         Printed on 02/22/2024 08:12:29
================================================
```



| Messer Ventures, LLC | | | | | Check Date | | February 22, 2024 |
| Iyanna T. McMullen | | | | | Voucher Number | | 58020 |

| Emp Id | 040621 | Loc | 02054-610 | Period Begin | 02/01/24 | Net Pay | 795.43 |
| | | Hire Date | 10/13/23 | Period End | 02/15/24 | Dir Dep | 795.43 |
| | | Status | A | Check Type | Reg | Net Check | |

### Check Details

| Earnings | Hours | Rate | Dollars |
|---|---|---|---|
| Reg | 76.67 | 12.00 | 920.04 |
| | 76.67 | | 920.04 |
| Taxes | Taxable | | Dollars |
| FITW | 920.04 | | 31.17 |
| GA | 920.04 | | 23.06 |
| MED | 920.04 | | 13.34 |
| MED-HI | 920.04 | | 0.00 |
| SS | 920.04 | | 57.04 |
| | | | 124.61 |
| Deposits | | | Dollars |
| Ends with xxx5096 | | | 795.43 |
| | | | 795.43 |

### YTD Details

| Earnings | Hours | Amount |
|---|---|---|
| Reg | 257.11 | 3,085.32 |
| | | 3,085.32 |
| Taxes | Taxable | Amount |
| FITW | 3,085.32 | 75.57 |
| GA | 3,085.32 | 59.59 |
| MED | 3,085.32 | 44.74 |
| SS | 3,085.32 | 191.29 |
| | | 371.19 |

### Punch Details

| Date | IN | OUT | Hours |
|---|---|---|---|
| | | | 76.67 |
| Total | | | 76.67 |

Additional Information
Messer Ventures, LLC
88 W Candler St
Winder, GA 30680

**REMOVE DOCUMENT ALONG THIS PERFORATION**

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

**Messer Ventures, LLC**
88 W Candler St
Winder, GA 30680

**Direct Deposit Advice**

Voucher Date      Voucher Number
02/22/2024                58020

*** This is not a check ***

GA4289 02054-610 040621 58020 96

**Iyanna T. Mcmullen**
54 HERBERT HAYES DR
LAWRENCEVILLE, GA 30046

Direct Deposit Amount        ********* 795.43

SEE OTHER SIDE FOR OPENING INSTRUCTIONS

**Messer Ventures, LLC**
88 W Candler St
Winder, GA 30680

Case #
1:24- CV-04649- MHC-CMS

GA4289 02054-610 040621 58020 96

**Iyanna T. Mcmullen**
54 HERBERT HAYES DR
LAWRENCEVILLE, GA 30046

ATLANTA GA RPDC 302
14 AUG 2024 PM

US POSTAGE AND PITNEY BOWES
ZIP 30680        $ 000.69
02 7H
0001261650        AUG 14 2024

SEE OTHER SIDE FOR OPENING INSTRUCTIONS

REMOVE SIDE EDGES FIRST
THEN FOLD AND TEAR THIS STUB ALONG PERFORATION

30046-590054

HOLD AT ANGLE TO VIEW SECURITY MARK

SECURE DOCUMENT

DO NOT ACCEPT IF SECURITY MARK IS ABSENT
ENDORSE HERE

DO NOT WRITE, STAMP OR ENDORSE BELOW THIS LINE

G



**Messer Ventures, LLC**
Iyanna T. Mcmullen

| Check Date | January 22, 2024 |
|---|---|
| Voucher Number | 57075 |

| Emp Id | 040621 | Loc | 02054-610 | Period Begin | 01/01/24 | Net Pay | 703.66 |
|---|---|---|---|---|---|---|---|
| | | Hire Date | 10/13/23 | Period End | 01/15/24 | Dir Dep | 703.66 |
| | | Status | A | Check Type | Reg | Net Check | |

**Check Details**

| Earnings | Hours | Rate | Dollars |
|---|---|---|---|
| Reg | 66.72 | 12.00 | 800.64 |
| | 66.72 | | 800.64 |
| **Taxes** | | **Taxable** | **Dollars** |
| FITW | | 800.64 | 19.23 |
| GA | | 800.64 | 16.51 |
| MED | | 800.64 | 11.61 |
| MED-HI | | 800.64 | 0.00 |
| SS | | 800.64 | 49.63 |
| | | | 96.98 |
| **Deposits** | | | **Dollars** |
| Ends with xxx5096 | | | 703.66 |
| | | | 703.66 |

**YTD Details**

| Earnings | Hours | Amount |
|---|---|---|
| Reg | 108.77 | 1,305.24 |
| | | 1,305.24 |
| **Taxes** | **Taxable** | **Amount** |
| FITW | 1,305.24 | 19.23 |
| GA | 1,305.24 | 16.76 |
| MED | 1,305.24 | 18.93 |
| SS | 1,305.24 | 80.92 |
| | | 135.84 |

**Punch Details**

| Date | IN | OUT | Hours |
|---|---|---|---|
| | | | 66.72 |
| | Total | | 66.72 |

Additional Information
Messer Ventures, LLC
88 W Candler St
Winder, GA 30680

---

**REMOVE DOCUMENT ALONG THIS PERFORATION**

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

**Messer Ventures, LLC**
88 W Candler St
Winder, GA 30680

**Direct Deposit Advice**

| Voucher Date | Voucher Number |
|---|---|
| 01/22/2024 | 57075 |

**\*\*\* This is not a check\*\*\***

GA4289 02054-610 040621 57075 90

**Iyanna T. Mcmullen**
54 HERBERT HAYES DR
LAWRENCEVILLE, GA 30046

Direct Deposit Amount    \*\*\*\*\*\*\*\* 703.66

---

**Messer Ventures, LLC**
88 W Candler St
Winder, GA 30680

Case #
1:24-CV-04649- MHC- CMS

GA4289 02054-610 040621 57075 90

**Iyanna T. Mcmullen**
54 HERBERT HAYES DR
LAWRENCEVILLE, GA 30046

EXHIBIT D



1:24-CV-04649-MHC-CMS



**Messer Ventures, LLC**
**Iyanna T. Mcmullen**

| | | Check Date | November 22, 2023 |
| | | Check Number | 8362902 |

| Emp Id | 040621 | Loc | 02054-610 | Period Begin | 11/01/23 | Net Pay | 476.65 |
| | | Hire Date | 10/13/23 | Period End | 11/15/23 | Dir Dep | |
| | | Status | A | Check Type | Reg | Net Check | 476.65 |

**Check Details**

| Earnings | Hours | Rate | Dollars |
|---|---|---|---|
| Reg | 43.42 | 12.00 | 521.04 |
| | 43.42 | | 521.04 |

| Taxes | Taxable | | Dollars |
|---|---|---|---|
| FITW | 521.04 | | 0.00 |
| GA | 521.04 | | 4.53 |
| MED | 521.04 | | 7.56 |
| MED-HI | 521.04 | | 0.00 |
| SS | 521.04 | | 32.30 |
| | | | 44.39 |

**YTD Details**

| Earnings | Hours | Amount |
|---|---|---|
| Reg | 43.42 | 521.04 |
| | | 521.04 |

| Taxes | Taxable | Amount |
|---|---|---|
| GA | 521.04 | 4.53 |
| MED | 521.04 | 7.56 |
| SS | 521.04 | 32.30 |
| | | 44.39 |

**Punch Details**

| Date | IN | OUT | Hours |
|---|---|---|---|
| | | | 43.42 |
| | | Total | 43.42 |

Exhibit D

REMOVE SIDE EDGES FIRST
THEN FOLD AND TEAR THIS STUB ALONG PERFORATION

REMOVE THESE EDGES FIRST
FOLD, CREASE AND TEAR ALONG PERFORATION

Messer Ventures, LLC
Iyanna T. Mcmullen

**Check Date** December 22, 2023
**Voucher Number** 56137

| Emp Id | 040621 | Loc | 02054-610 | Period Begin | 12/01/23 | Net Pay | 556.40 |
|---|---|---|---|---|---|---|---|
| | | Hire Date | 10/13/23 | Period End | 12/15/23 | Dir Dep | 556.40 |
| | | Status | A | Check Type | Reg | Net Check | |

### Check Details

| Earnings | Hours | Rate | Dollars |
|---|---|---|---|
| Reg | 51.37 | 12.00 | 616.44 |
| | 51.37 | | 616.44 |

| Taxes | Taxable | | Dollars |
|---|---|---|---|
| FITW | 616.44 | | 3.94 |
| GA | 616.44 | | 8.95 |
| MED | 616.44 | | 8.93 |
| MED-HI | 616.44 | | 0.00 |
| SS | 616.44 | | 38.22 |
| | | | 60.04 |

| Deposits | | | Dollars |
|---|---|---|---|
| Ends with xxx5096 | | | 556.40 |
| | | | 556.40 |

### YTD Details

| Earnings | Hours | Amount |
|---|---|---|
| Reg | 131.46 | 1,577.52 |
| | | 1,577.52 |

| Taxes | Taxable | Amount |
|---|---|---|
| FITW | 1,577.52 | 3.94 |
| GA | 1,577.52 | 15.31 |
| MED | 1,577.52 | 22.87 |
| SS | 1,577.52 | 97.81 |
| | | 139.93 |

### Punch Details

| Date | IN | OUT | Hours |
|---|---|---|---|
| | | | 51.37 |
| | Total | | 51.37 |

Additional Information
Messer Ventures, LLC
88 W Candler St
Winder, GA 30680

---

**REMOVE DOCUMENT ALONG THIS PERFORATION**

---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

**Messer Ventures, LLC**
88 W Candler St
Winder, GA 30680

**Direct Deposit Advice**

**Voucher Date**
12/22/2023

**Voucher Number**
56137

**\*\*\* This is not a check \*\*\***

GA4289 02054-610 040621 56137 99
**Iyanna T. Mcmullen**
54 HERBERT HAYES DR
LAWRENCEVILLE, GA 30046

**Direct Deposit Amount**

\*\*\*\*\*\*\*\* 556.40



**Messer Ventures, LLC**
88 W Candler St
Winder, GA 30680

Case #
1:24 - cv-04649-MHC-CMS

GA4289 02054-610 040621 56137 99

**Iyanna T. Mcmullen**

54 HERBERT HAYES DR
LAWRENCEVILLE, GA 30046

Exhibit: D



**Messer Ventures, LLC**
Iyanna T. Mcmullen

| | | Check Date | December 07, 2023 |
|---|---|---|---|
| | | Voucher Number | 55677 |

| Emp Id | 040621 | Loc | 02054-610 | Period Begin | 11/16/23 | Net Pay | 404.54 |
|---|---|---|---|---|---|---|---|
| | | Hire Date | 10/13/23 | Period End | 11/30/23 | Dir Dep | 404.54 |
| | | Status | A | Check Type | Reg | Net Check | |

**Check Details**

| Earnings | Hours | Rate | Dollars |
|---|---|---|---|
| Reg | 36.67 | 12.00 | 440.04 |
| | 36.67 | | 440.04 |

| Taxes | Taxable | | Dollars |
|---|---|---|---|
| FITW | 440.04 | | 0.00 |
| GA | 440.04 | | 1.83 |
| MED | 440.04 | | 6.38 |
| MED-HI | 440.04 | | 0.00 |
| SS | 440.04 | | 27.29 |
| | | | 35.50 |

| Deposits | | | Dollars |
|---|---|---|---|
| Ends with xxx5096 | | | 404.54 |
| | | | 404.54 |

**YTD Details**

| Earnings | Hours | Amount |
|---|---|---|
| Reg | 80.09 | 961.08 |
| | | 961.08 |

| Taxes | Taxable | Amount |
|---|---|---|
| GA | 961.08 | 6.36 |
| MED | 961.08 | 13.94 |
| SS | 961.08 | 59.59 |
| | | 79.89 |

**Punch Details**

| Date | IN | OUT | Hours |
|---|---|---|---|
| | | | 36.67 |
| | | Total | 36.67 |

Additional Information
Messer Ventures, LLC
88 W Candler St
Winder, GA 30680

← **REMOVE DOCUMENT ALONG THIS PERFORATION** →

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

**Messer Ventures, LLC**
88 W Candler St
Winder, GA 30680

**Direct Deposit Advice**

| | Voucher Date | Voucher Number |
|---|---|---|
| | 12/07/2023 | 55677 |

**\*\*\* This is not a check \*\*\***

GA4289 02054-610 040621 55677 100
**Iyanna T. Mcmullen**
54 HERBERT HAYES DR
LAWRENCEVILLE, GA 30046

**Direct Deposit Amount**          \*\*\*\*\*\*\*\* 404.54

Case #
1:24- CV-D4649- MHC- CMS

**Messer Ventures, LLC**
88 W Candler St
Winder, GA 30680

GA4289 02054-610 040621 55677 100
**Iyanna T. Mcmullen**

54 HERBERT HAYES DR
LAWRENCEVILLE, GA 30046

Exhibit D

REMOVE SIDE EDGES FIRST
THEN FOLD AND TEAR THIS STUB ALONG PERFORATION

DO NOT WRITE, STAMP OR ENDORSE BELOW THIS LINE

HOLD AT ANGLE TO VIEW SECURITY MARK
DO NOT ACCEPT IF SECURITY MARK IS ABSENT
ENDORSE HERE
SECURE DOCUMENT



Exhibit: D  ( Policy ( minor working in Kitchen)

minor



Exhibits: D

1:24- CV-04649- MHC- CMS



( Work Policy )

Case #

1:24- CV-04649- MHC- CMS



Exhibit: D

Employee wearing jewelry
( against rules and policy )







1:24- CV-04649- MHC- CMS

Exhibit D

Weekly Schedule Report



12/18/2023 07:40 AM EST

Exhibit D
(see back page)

**Weekly Schedule Report**
Detail
Store No:02054
Date Range:12/20/2023 - 12/26/2023

| Employee Name | Timecard# | Wednesday 12/20/2023 | Total | Thursday 12/21/2023 | Total | Friday 12/22/2023 | Total | Saturday 12/23/2023 | Total | Sunday 12/24/2023 | Total | Monday 12/25/2023 | Total | Tuesday 12/26/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ajla L | 049 | OFF | 00:00 | | | | | | | | | OFF | 00:00 | OFF | 00:00 |
| Amory G | 008 | OFF | 00:00 | | | 08:00-15:00 | 06:30 | 07:00-14:00 | 06:30 | 06:00-14:00 | 07:30 | OFF | 00:00 | OFF | 00:00 |
| Ana E | 054 | 14:00-22:00 | 07:30 | 14:00-22:00 | 07:30 | OFF | 00:00 | 15:00-22:00 | 06:30 | 07:00-14:00 | 06:30 | OFF | 00:00 | OFF | 07:30 |
| BRANDI R | 028 | 16:00-23:00 | 06:30 | 16:00-23:00 | 06:30 | OFF | 00:00 | 16:00-01:00 | 08:30 | OFF | 00:00 | OFF | 00:00 | 15:00-23:00 | 09:30 |
| CHANTEL R | 113 | 16:00-01:00 | 09:00 | 18:00-00:30 | 08:30 | 16:00-01:00 | 08:30 | 16:00-01:00 | 08:30 | 16:00-01:00 | 08:30 | OFF | 00:00 | 15:00-00:30 | 09:30 |
| DAISY R | 033 | 05:30-14:00 | 08:00 | 04:45-13:00 | 07:45 | 04:45-13:00 | 07:45 | OFF | 00:00 | 06:00-07:00 | 02:00 | OFF | 00:00 | 05:30-13:00 | 07:30 |
| IRENE R | 025 | 04:45-13:00 | 07:45 | 05:30-13:00 | 07:00 | OFF | 00:00 | 04:45-13:00 | 07:45 | OFF | 00:00 | OFF | 00:00 | 04:30-13:00 | 08:00 |
| LEONARD D | 004 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 15:00-00:00 | 08:30 |
| LUIS S | 012 | 06:00-13:00 | 06:30 | 06:00-14:00 | 07:30 | 07:00-14:00 | 06:30 | 08:00-14:00 | 05:30 | OFF | 00:00 | OFF | 00:00 | 06:00-14:00 | 08:00 |
| MA GUADALUPE R | 036 | 06:00-14:00 | 07:30 | 06:00-13:00 | 06:30 | 06:00-13:00 | 06:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 06:00-13:00 | 06:30 |
| ali E | 003 | 07:00-17:00 | 09:30 | 07:00-17:00 | 10:00 | 04:45-14:00 | 08:30 | 06:00-14:00 | 07:30 | 10:00-14:00 | 06:30 | OFF | 00:00 | 08:00-17:00 | 09:00 |
| gaby N | 014 | 08:00-15:00 | 06:30 | 8:45-17:00 | 00:00 | 08:00-15:00 | 06:30 | 07:00-16:00 | 08:30 | OFF | 00:00 | 07:30 | 07:00-15:00 | 07:30 |
| ALONDRA L | 068 | 08:00-16:00 | 07:30 | 16:00-00:30 | 06:30 | 08:00-16:00 | 07:30 | 08:00-16:00 | 07:30 | OFF | 00:00 | 00:00 | 07:00-15:00 | 07:30 |
| AMINA R | 069 | 15:30-20:00 | 05:30 | 17:00-00:30 | 07:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 17:00-00:30 | 07:30 |
| ANTHONY D | 032 | OFF | 00:00 | OFF | 00:00 | 17:00-02:00 | 08:30 | OFF | 00:00 | 14:00-18:30 | 05:30 | OFF | 00:00 | OFF | 00:00 |
| Aaron M | 038 | ██████ | 07:30 | 07:00-15:00 | 07:30 | OFF | 00:00 | 09:00-15:00 | 05:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 |
| Amelia S | 001 | OFF | 00:00 | 14:00-22:00 | 07:30 | OFF | 00:00 | OFF | 00:00 | 08:00-16:00 | 07:30 | OFF | 00:00 | 07:00-15:00 | 07:30 |
| CELIA C | 064 | 07:00-13:00 | 05:30 | 07:00-13:00 | 05:30 | 07:00-13:00 | 05:30 | 15:00-22:00 | 06:30 | OFF | 00:00 | OFF | 00:00 | 07:00-13:00 | 05:30 |
| CHRIS A | 084 | 15:00-23:00 | 06:30 | 15:00-22:00 | 06:30 | 15:00-22:00 | 07:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 13:00-22:00 | 06:30 |
| CLOE V | 027 | 17:00-00:00 | 06:30 | 18:00-00:00 | 07:30 | OFF | 00:00 | 17:00-01:00 | 07:30 | OFF | 00:00 | OFF | 00:00 | 17:00-01:00 | 07:30 |
| Cornelius H | 062 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 16:00-23:00 | 06:30 | 13:00-19:30 | 04:30 | OFF | 00:00 | OFF | 00:00 |
| QHAIEL B | 041 | 04:45-12:00 | 06:45 | 04:45-13:00 | 07:45 | OFF | 00:00 | OFF | 00:00 | 05:00-12:00 | 06:30 | OFF | 00:00 | 04:45-13:00 | 08:15 |

12/18/2023 07:40 AM EST

**Weekly Schedule Report**

| Employee Name | Timecard# | Wednesday 12/20/2023 | Total | Thursday 12/21/2023 | Total | Friday 12/22/2023 | Total | Saturday 12/23/2023 | Total | Sunday 12/24/2023 | Total | Monday 12/25/2023 | Total | Tuesday 12/26/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DORRIEAN C | 046 | OFF | 00:00 | 14:00-22:00 | 07:30 | OFF | 00:00 | 08:00-16:00 | 07:30 | 07:00-15:00 | 07:30 | OFF | 00:00 | 07:00-15:00 | 07:30 |
| Desmond B | 020 | 07:00-14:00 | 06:30 | OFF | 00:00 | OFF | 00:00 | 08:00-16:00 | 07:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 |
| GUSTAVO A | 083 | 07:00-15:00 | 07:30 | 06:00-14:00 | 07:30 | 04:45-14:00 | 08:45 | 06:00-14:00 | 07:30 | 07:00-14:00 | 06:30 | OFF | 00:00 | OFF | 00:00 |
| Iyanna H | 034 | 00:00-16:00 | 06:30 | OFF | 00:00 | 08:00-16:00 | 07:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 09:00-16:00 | 06:30 |
| JAIHARD H | 026 | OFF | 00:00 | OFF | 00:00 | 18:00-01:00 | 06:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 |
| Jaelyn C | 051 | 16:00-22:00 | 05:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 15:00-19:30 | 04:00 | OFF | 00:00 | 18:00-22:00 | 05:30 |
| Jefson C | 018 | | | 06:00 | | 00:00 | 17:00-23:00 | 06:00 | 15:00-00:00 | 08:30 | 14:00-18:30 | 05:00 | OFF | 00:00 | OFF | 00:00 |
| Jessica H | 048 | 15:00-23:00 | 07:30 | OFF | 00:00 | 15:00-23:00 | 07:30 | 15:00-21:00 | 07:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 |
| John V | 052 | 17:00-00:30 | 07:30 | 17:00-00:00 | 07:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 15:00-23:00 | 07:30 |
| Kenson D | 031 | OFF | 00:00 | 18:00-00:00 | 07:30 | 18:00-00:00 | 07:30 | 36:00-23:00 | 06:30 | 16:00-18:30 | 03:30 | OFF | 00:00 | 17:00-00:00 | 07:30 |
| Keyonna H | 047 | 15:00-23:00 | 07:30 | OFF | 00:00 | 15:00-23:00 | 07:30 | 15:00-23:00 | 07:30 | OFF | 00:00 | OFF | 00:00 | 15:00-23:00 | 07:30 |
| Khali H | 043 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 16:00-23:00 | 06:30 | 15:00-19:30 | 04:00 | OFF | 00:00 | 16:00-23:00 | 06:30 |
| Klisman V | 005 | 16:00-23:00 | 07:30 | 15:00-22:00 | 06:30 | OFF | 00:00 | 08:00-16:00 | 07:30 | 15:00-19:30 | 04:00 | OFF | 00:00 | 15:00-22:00 | 06:30 |
| Lourdes P | 066 | 04:45-12:00 | 07:15 | 04:45-12:00 | 07:15 | OFF | 00:00 | 04:45-13:00 | 08:15 | 05:00-13:00 | 08:00 | OFF | 00:00 | 04:45-12:00 | 07:15 |
| MICAYLA B | 021 | OFF | 00:00 | OFF | 00:00 | 16:00-20:00 | 04:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 |
| MIRNA L | 381 | 06:30-13:30 | 06:30 | 06:00-13:30 | 07:00 | 06:00-13:30 | 07:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | 06:00-13:30 | 07:00 |
| Nia M | 007 | 08:00-16:00 | 07:30 | OFF | 00:00 | 08:00-16:00 | 07:30 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 |
| Norma E | 044 | 07:00-15:00 | 07:30 | 07:00-15:00 | 07:30 | 07:00-15:00 | 07:30 | 04:45-13:00 | 07:45 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 |
| REMSEY R | 019 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 | OFF | 00:00 |
| SELVIN L | 006 | 15:00-23:00 | 07:30 | OFF | 00:00 | 15:00-22:00 | 06:30 | 15:00-23:00 | 07:30 | 07:00-15:00 | 07:30 | OFF | 00:00 | OFF | 00:00 |
| Sadija S | 010 | 16:00-23:00 | 06:30 | 16:00-21:00 | 06:30 | 16:00-23:00 | 06:30 | 07:00-15:00 | 07:30 | 10:00-19:30 | 07:30 | OFF | 00:00 | 15:00-22:00 | 06:30 |
| Valeria H | 035 | OFF | 00:00 | 08:00-15:00 | 06:30 | OFF | 00:00 | 07:00-15:00 | 07:30 | 10:00-19:30 | 07:30 | OFF | 00:00 | 08:00-15:00 | 06:30 |
| Valery V | 037 | OFF | 00:00 | OFF | 00:00 | 15:00-23:00 | 07:30 | 07:00-15:00 | 07:30 | 07:00-15:00 | 07:30 | OFF | 00:00 | OFF | 00:00 |
| miguel O | 042 | 17:00-01:00 | 07:30 | 16:00-23:00 | 06:30 | 17:00-02:00 | 08:30 | 17:00-02:00 | 08:30 | 15:00-18:30 | 04:00 | OFF | 00:00 | OFF | 00:00 |

The material contained herein is business confidential information of The Messer Group and may not be used or copied without the prior written permission of Paul Messer, unless it is being used in Employee Protected Communications. Employee Protected Communications are communications by non-supervisory employees regarding terms and conditions of employment, such as wages and benefits, hours, working conditions and personnel actions.

Case #
1:24-CV-04649- MHC- CMS

Exhibit D

Exhibit D

02/10/2024 03:34 PM EST

## Weekly Schedule Report
Detail

Store No: 0D054

Date Range: 02/14/2024 - 02/20/2024

Page 1 of 2

## Weekly Schedule Report

Page 2 of 2

02/10/2024 03:34 PM EST

The materials contained herein is business confidential information of The Register Group and may not be used or copied without the prior written permission of Publix Super Markets, Inc. and may not be reproduced, disclosed outside the recipient organization or duplicated, in whole or in part, for any purpose other than to evaluate this document. The information contained herein is to be used to maintain proper communication of non-supervisory employees regarding terms and conditions of employment, such as wages and benefits, hours, working conditions and permanent action.



( hours lost??
minor )

Case #
1:24-cv-04649-MHC-CMS

Selvin Lug

Exhibit: D

Case #
1:24-CV-04649-MHC-CMS

Klisman Vel   Exhibit D



Klisman Vel
( minor 101.42 hours )

Case #

1:24-CV-04649-MHC-CMS

Valeria M (hours 54:20)
(minor
Exhibit D



case #
1:24- cv-04649- MHC- CMS

Valeria Med

Exhibit: D



minor ( 86.34 hours )



EXHIBIT D

Case #

1:24-cv-04649-MHC-CMS

Exhibit I
D

**Time Punch Detail Report**

Store: 17025A LAWRENCEVILLE, GA · CLAYTON ST | Business Date: 02/01/2024 to 02/29/2024 | Range Ordered By: Name

| Employee Name | Timecard # | GEID | Minor Age | Date | Check In | Check Out | Start Break | End Break | Break Length | Paid Hours | HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| gabby 44338 | 016 | 18TT8T15 | | 02/01/2024 | 08:40 | 14:51 | | | | 6:11 | 6:18 |
| | | | | 02/02/2024 | 14:44 | 01:39 | 11:09 | 11:40 | 21 | 10:55 | 10:42 |
| | | | | 02/05/2024 | 06:27 | 16:28 | | | 32 | 9:30 | 9:50 |
| | | | | 02/06/2024 | 07:53 | 17:42 | 10:02 | 10:34 | 32 | 9:17 | 9:28 |
| | | | | 02/07/2024 | 08:26 | 16:48 | | | | 8:22 | 8:37 |
| | | | | 02/09/2024 | 08:38 | 16:59 | 12:01 | 12:29 | 28 | 7:53 | 7:46 |
| | | | | 02/10/2024 | 13:24 | 01:08 | | | | 9:44 | 9:73 |
| | | | | 02/12/2024 | 08:00 | 17:21 | 11:02 | 11:32 | 30 | 9:01 | 9:02 |
| | | | | 02/13/2024 | 06:46 | 08:04 | | | | 11:06 | 0:227 |
| | | | | 02/14/2024 | 00:00 | 00:00 | 00:00 | 00:00 | 30 | 00:00 | 0:00 |
| | | | | 02/15/2024 | 16:48 | 00:19 | | | | 8:31 | 8:52 |
| | | | | 02/16/2024 | 15:10 | 01:16 | | | | 10:06 | 10:13 |
| | | | | | | **TOTAL** | | | | 119:46 | 109.80 |

\* 2-14-24 ( Gabby didn't work, and 0.00 hours were edited in the system )

109.80

Gabby Hef ( 109.80 hours )

The material contained herein is business confidential information of The Meixner Group and may not be used or copied without the prior written permission of Paul Meixner, unless it is being used in Employee Protected Communications. Employee Protected Communications are communications by non-supervisory employees regarding terms and conditions of employment, such as wages and benefits, hours, working conditions and protected actions.

Copyright © 2024 eMeixner. All Rights Reserved.

Page 1 of 1

*Gustavo A*  Exhibit D

Case #
1:24-CV-04649- MHC - CMS

( 88.15 hours )





Gustavo A Exhibit
1:24-cv-04649-MHC-CMS (9:00 ms)
Case#

Case #
1:24-cv-04649-Ma Guadalupe MHC-CMS (76:00 hours)

Exhibit D

(76:00 hours)



**Exhibits E**

Iyanna T. McMullen

Case NO:
1: 24-cv- 04649-MHC-CMS

Case
1:24-cv-04649-MHC-CMS

Exhibit E



State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name  Iyanna McMullen    2. SSN  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

   a. State any other name(s) under which employee worked.

3. Period of Last Employment:   From  11/01/2023    To  2/22/2024

4. REASON FOR SEPARATION:

   a. LACK OF WORK  ☐

   b. If for other than lack of work, state fully and clearly the circumstances of the separation:

      Insubordination

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
(DO NOT include vacation pay or earned wages)

   _____ in the amount of $ _____ for period from _____ to _____
   (type of payment)

Date above payment(s) was/will be issued to employee _____

IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.

_____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ?   YES ☐  NO ☐  If NO, how much? $ _____

   Average Weekly Wage

Employer's Name  McDonalds

Address  491 S. Clayton Street
   (Street or RFD)

City  Lawrenceville   State  GA   30045
    ZIP Code

Employer's Telephone No.  770 963 8377
   (Area Code)   (Number)

Ga. D. O. L. Account Number  999836-00
(Number shown on Employer's Quarterly Tax and Wage Report,
Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

_____
Signature of Official, Employee of the Employer
or authorized agent for the employer

Supervisor
Title of Person Signing

02/22/2024
Date Completed and Released to Employee

## NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as part of your response.

## NOTICE TO EMPLOYEE
OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR CAREER CENTER IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/05)

*Case 1:24-cv-04649-MHC-CMS*
*1:24-cv-04649-MHC-CMS*

# GEORGIA DEPARTMENT OF LABOR
## CLAIMS EXAMINER'S DETERMINATION

SSN _____ ***-**-8934 _____

BYB _____ 07/30/23 _____

CWB _____ 02/18/24 _____

ACCT# 999836-00

GEORGIA DEPARTMENT OF LABOR
APPEALS TRIBUNAL
148 ANDREW YOUNG INT'L BLVD NE, STE 525
ATLANTA, GA  30303-1734
EMAIL: appeals@gdol.ga.gov
FAX:  404-232-3901 OR 404-232-3902

CLAIMANT

IYANNA T MCMULLEN
54 HERBERT HAYES DRIVE
LAWRENCEVILL GA  30046

EMPLOYER

MESSER VENTURES LLC
MCDONALDS
615 DACULA RD
DACULA  GA  30019

### SECTION I - CLAIM DETERMINATION

Disqualification begins _02/18/24_ and continues until claimant becomes reemployed, is separated and has earned insured wages equal to at least _$2000_ (10 times WBA).

### SECTION II - LEGAL BASIS FOR DETERMINATION

Section 34-8-194 (2) (A) of the Employment Security Law says that you cannot be paid unemployment benefits if you were fired from your most recent employer for not following your employer's rules or orders.  In addition, you may not be paid unemployment benefits if you were fired for failing to perform the duties for which you were hired, if that failure was within your control.  You also cannot be paid benefits if you were suspended for any of these same reasons.  The law says that your employer has to show that discharge or suspension was for a reason that would not allow you to be paid unemployment benefits.  If you cannot be paid unemployment benefits under this section of the law, you may qualify at a later time.  To do this, you must find other work and earn wages covered under unemployment law.  The covered wages must be at least ten times the weekly amount of your claim.  If you then become unemployed through no fault of your own, you may reapply for unemployment benefits.

### SECTION III - REASONING

Your employer fired you because you did not meet the standard of conduct your employer has the right to expect by insubordination to supervisor. If you violate a standard of conduct it is the same as violating an employer rule. Because you failed to perform and conduct yourself in an acceptable way, you were at fault in your separation.  Therefore, you cannot be paid unemployment benefits.

### SECTION IV - ACCOUNT CHARGEABILITY

NOTICE TO EMPLOYER:

### SECTION V - APPEAL RIGHTS

NOTE: This determination will become final unless you file an appeal by _04/01/24_ . If you wish to file an appeal, submit a request online at dol.georgia.gov, in writing by email to appeals@gdol.ga.gov, or fax to 404.232.3901 or 404.232.3902. If you file an appeal you must continue to report on your claim as instructed, or you will not be paid if you win your appeal.  Refer to the Claimant Handbook for more details.

Georgia Department of Labor _____        03/08/24 _____        03/14/24 _____
Claims Examiner                            Date of Interview           Mail Date

# EXPLANATION TO CLAIMANT

**WARNING:** It is a crime under Paragraph (a) of OCGA Section 34-8-256 of the Employment Security Law to make any false statement or to fail to disclose any material fact in connection with an unemployment insurance claim. **VIOLATORS WILL BE PROSECUTED.**

**UNEMPLOYMENT INSURANCE IS FINANCED WHOLLY BY AN EMPLOYER PAYROLL TAX;** no part is paid by the worker. Payments can be made only to those who meet **all** legal requirements.

**TO FILE A CLAIM** you must be either (a)totally or partially unemployed or (b)working part-time due to lack of work, and earning wages which total not more than your unemployment insurance weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021).

**YOUR UNEMPLOYMENT INSURANCE WILL LAST LONGER** if you work all you can. You may receive partial payments if you work and earn not more than your weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021).
**ALL YOUR EARNINGS DURING YOUR CLAIM WEEK MUST BE REPORTED WHETHER OR NOT YOU HAVE BEEN PAID.**

**YOU MAY CLAIM PARTIAL UNEMPLOYMENT INSURANCE** if you are employed on a full-time job with a regular employer and, because of lack of work only, work less than full time during your work week and earn not more than your unemployment insurance weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021).
See your employer or contact the Georgia Department of Labor Career Center.

**TO BE PAID UNEMPLOYMENT INSURANCE** after establishing your claim, the law requires that you: (a)be unemployed, either totally or partially; (b)**report for each week claimed;** (c) be able and available for work and be actively seeking work; (d) be willing to accept suitable work as determined by the Department of Labor; (e) not be subject to disqualification.

**ALSO, you must have returned to work and have earned insured wages equal to at least 10 times the weekly amount of your claim since** (a)establishing a previous claim; (b)voluntarily quitting your most recent job WITHOUT GOOD CAUSE CONNECTED WITH YOUR WORK even though you have good personal cause; (c)failing , WITHOUT GOOD CAUSE, either to apply for or accept available, suitable work; (d)DISCHARGE OR SUSPENSION for failure to obey orders, rules, or instructions, or for failure to discharge the duties for which employed.

**OR, you must have returned to work and have earned insured wages equal to at least 12 times the weekly amount of your claim since** DISCHARGE OR SUSPENSION for intentional conduct involving theft of property, goods, or money valued at $100.00 or less, or intentional conduct on the premises of the employer or while on the job, which results in a physical assault upon or bodily injury to the employer, fellow employees, customers, patients, bystanders, or the eventual consumer of products.

**OR, you must have returned to work and have earned insured wages equal to at least 16 times the weekly amount of your claim since** DISCHARGE OR SUSPENSION for intentional conduct involving property loss or damages amounting to $2,000.00 or more; for theft of property, goods, or money valued at over $100.00; or for sabotage or embezzlement.

**YOU CANNOT BE PAID UNEMPLOYMENT INSURANCE** for any week in which you are (a)on vacation or leave of absence at your own request; (b)receiving wages in lieu of notice, vacation pay or Worker's Compensation for temporary total or temporary partial disability; or (c)out of work due to a labor dispute.

**OCGA Section 34-8-122**
**PRIVILEGED STATUS OF LETTERS, REPORTS, ETC., RELATING TO ADMINISTRATION OF CHAPTER -** "All letters, reports, communications, or any other matters, either oral or written, from the employer or employee to each other or to the Department of Labor or any of its agents, representatives or employees, which letters, reports, or other communications shall have been written, sent, delivered, or made in connection with the requirements of the administration of this chapter, shall be absolutely privileged and shall not be made the subject matter or basis for any action for slander or libel in any court of the State of Georgia."

If you have any questions about your unemployment claim, you may call Unemployment Insurance Customer Service at 1-877-709-8185. Delay could affect your future eligibility.



Paul Messer:. Exhibits A

- Bosnia  Exhibits A

- Complaints

- AUDIO

Case No.: 1:24-cv-04649-
MHC-CMS

**IYANNA T. MCMULLEN**





1:24-CV-4649-MHC

Exhibit A