IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IYANNA TYJOE MCMULLEN,

    Plaintiff,

v.

MESSER VENTURES LLC,

    Defendant.

CIVIL ACTION NO.
1:24-cv-4649-MHC-CMS

## **O R D E R**

This matter is before the Court on the amended pro se employment discrimination complaint filed by Plaintiff Iyanna Tyjoe McMullen. [Doc. 4, Am. Compl.]. I previously granted Plaintiff leave to proceed in forma pauperis in this action and directed her to file an amended complaint. [Doc. 2]. Plaintiff has filed an amended complaint as directed.

Because Plaintiff is proceeding without payment of the filing fee, the Court must screen her amended complaint for frivolity, pursuant to 28 U.S.C. § 1915(e)(2). Section 1915(e)(2)(B) provides that a federal court is required to dismiss an in forma pauperis complaint at any time if the court determines that the action (i) is frivolous or malicious, (ii) fails to state a claim on which relief may be granted, or (iii) seeks monetary relief against a defendant who is immune from such relief.

In light of the facts presented by Plaintiff in her amended pro se employment discrimination complaint [Doc. 4], I cannot find that the instant action is entirely frivolous or malicious, or that Plaintiff fails to state a claim on which relief may be granted.  See Neitzke v. Williams, 490 U.S. 319, 325 (1989).  Therefore, this action shall be allowed to proceed as any other civil action as to Plaintiff's claims against Defendant Messer Ventures LLC.

The Clerk is hereby **DIRECTED** to send Plaintiff the USM 285 form, summons, and the initial disclosures form.  Plaintiff is **DIRECTED** to complete the USM 285 form, summons, and the initial disclosures form, and to return one copy of each form within twenty days from the entry date of this Order to the Clerk of Court.  Plaintiff is warned that failure to comply in a timely manner could result in the dismissal of this civil action.  The Clerk is **DIRECTED** to resubmit this action to the undersigned if Plaintiff fails to comply.

Upon receipt of the forms, the Clerk is **DIRECTED** to prepare a service waiver package for Defendant.  The service waiver package must include two Notices of Lawsuit and Request for Waiver of Service of Summons (prepared by the Clerk), two Waiver of Service of Summons forms (prepared by the Clerk), an envelope addressed to the Clerk with adequate first-class postage for use by Defendant for return of the waiver form, one copy of the amended complaint, one

copy of the initial disclosures form, and one copy of this Order. The Clerk shall retain the USM 285 forms and the summons.

Upon completion of the service waiver package, the Clerk is **DIRECTED** to complete the lower portion of the Notice of Lawsuit and Request for Waiver form and to mail the service waiver package to Defendant. Defendant has a duty to avoid unnecessary costs of serving the summons. If Defendant fails to comply with the request for waiver of service, it must bear the costs of personal service unless good cause can be shown for failure to return the Waiver of Service form.

In the event Defendant does not return the Waiver of Service form to the Clerk within thirty-five days following the date the service waiver package was mailed, the Clerk is **DIRECTED** to prepare and transmit to the U.S. Marshal's Service a service package. The service package must include the USM 285 form, the summons, and one copy of the amended complaint. Upon receipt of the service package, the U.S. Marshal's Service is **DIRECTED** to personally serve Defendant. The executed waiver form or the completed USM 285 form shall be filed with the Clerk.

Plaintiff is **DIRECTED** to serve upon Defendant or its counsel a copy of every additional pleading or other document which is filed with the Clerk of Court. Each pleading or other document filed with the Clerk shall include a certificate

stating the date on which an accurate copy of that paper was mailed to Defendant or its counsel. This Court shall disregard any submitted papers that have not been properly filed with the Clerk or that do not include a certificate of service.

Plaintiff is also **REQUIRED** to keep the Court and Defendant advised of her current address at all times during the pendency of this action. Plaintiff is admonished that the failure to do so may result in the dismissal of this action.

**SO ORDERED**, this 14th day of November, 2024.

*/s/ Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE