IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IYANNA TYJOE MCMULLEN,

    Plaintiff,

v.

MESSER VENTURES LLC,

    Defendant.

CIVIL ACTION NO.
1:24-cv-4649-MHC-CMS

# **O R D E R**

This matter is before the Court on Plaintiff's Second Amended Complaint [Doc. 8] and on the Court's own motion.

On October 17, 2024, I granted Plaintiff leave to file this case *in forma pauperis* and directed her to file an amended complaint. [Doc. 2]. Plaintiff then filed an amended complaint as directed. [Doc. 4, Am. Compl.]. I found that Plaintiff should be allowed to proceed with her amended complaint. [Doc. 5].

On November 26, 2024, Plaintiff filed, among other things, a second amended complaint. [Doc. 8, Second Am. Compl.]. The second amended complaint purports to add claims against a previously terminated party. [*Id.*]. Plaintiff did not request

permission from the Court before filing her second amended complaint. *See generally* [Docket].

Rule 15 permits a plaintiff to amend her complaint "once as a matter of course" in two circumstances: (1) within 21 days of serving the complaint; or (2) within 21 days of a defendant serving a responsive pleading or a motion under Rule 12(b), (e), or (f). FED. R. CIV. P. 15(a)(1). The Rules also provide that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." FED. R. CIV. P. 15(a)(2). Although Plaintiff is proceeding without an attorney, "pro se litigants still must comply with procedural rules." *Calhoun v. Wal-Mart Stores East, L.P.*, No. 1:14-cv-2581-CC, 2017 WL 9362708, at *1 (N.D. Ga. July 24, 2017).

Here, Plaintiff previously filed an amended complaint. [Am. Compl.]. She thus was required to obtain the Court's permission or the opposing party's written consent before filing her second amended complaint. FED. R. CIV. P. 15(a)(2). She did neither of those things, and her second amended complaint is improperly filed and will be stricken.

Accordingly, **IT IS ORDERED** that the second amended complaint [Doc. 8] is **STRICKEN** as improperly filed. If Plaintiff wishes to file another amended complaint, she must file a motion requesting leave to amend and attach a proposed

second amended complaint to her motion.  The Clerk is **DIRECTED** to prepare a service waiver package for Defendant Messer Ventures LLC and to mail that package to Defendant Messer Ventures LLC as provided in the November 14, 2024, Order.  [Doc. 5].

**SO ORDERED**, this 2nd day of December, 2024.

_Catherine Salinas_
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE